UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHARON ELIZABETH AVERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:04-CV-312 |
| | ) (Guyton) |
| IDLEAIRE TECHNOLOGIES | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 40].

The parties have advised the Court that this case has been settled. Accordingly, the following motions are moot and are hereby **DENIED AS MOOT**:

(1) IdleAire Technologies Corporation's Motion In Limine Number 1 [Doc. 123];

(2) IdleAire Technologies Corporation's Motion In Limine Number 2 [Doc. 125];

(3) IdleAire Technologies Corporation's Motion In Limine Number 3 [Doc. 127];

(4) IdleAire Technologies Corporation's Motion In Limine Number 4 [Doc. 128];

(5) IdleAire Technologies Corporation's Motion In Limine Number 5 [Doc. 129];

(6) IdleAire Technologies Corporation's Motion In Limine Number 6 [Doc. 130];

(7) IdleAire Technologies Corporation's Motion In Limine Number 7 [Doc. 131];

(8) IdleAire Technologies Corporation's Motion In Limine Number 8 [Doc. 132];

(9) IdleAire Technologies Corporation's Motion In Limine Number 9 [Doc. 133];

(10) IdleAire Technologies Corporation's Motion In Limine Number 10 [Doc. 134];

(11) IdleAire Technologies Corporation's Motion In Limine Number 11 [Doc. 135];

(12) IdleAire Technologies Corporation's Motion In Limine Number 12 [Doc. 136];

(13) IdleAire Technologies Corporation's Motion In Limine Number 13 [Doc. 137];

(14) IdleAire Technologies Corporation's Motion In Limine Number 14 [Doc. 138];

(15) IdleAire Technologies Corporation's Motion In Limine Number 15 [Doc. 139];

(16) IdleAire Technologies Corporation's Motion In Limine Number 16 [Doc. 140]

(17) IdleAire Technologies Corporation's Motion In Limine Number 17 [Doc. 141]; and

(18) Plaintiff's Motion In Limine [Doc. 162].

**IT IS SO ORDERED.**
          **ENTER:**

           s/ H. Bruce Guyton
          United States Magistrate Judge